# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Abdoulaye Tall

Plaintiff

vs.                                              Civil Action No. 09-CV-2196
                                                 Case No 1 09-cv-02196 (JDB)

Credit Protection Association et al.

Defendant

**RECEIVED**

NOV 24 2010

Clerk, U.S. District and
Bankruptcy Courts

## NOTICE OF APPEAL

Notice is hereby given this  24  day of  November , 20 10 , that

Abdoulaye Tall, Plaintiff pro se

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  29  day of  October , 20 10

in favor of  Defendants Comcast of Montgomery and Credit Protection Association

against said  Plaintiff

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Credit Protection Association,
14001 Dallas Parkway, Suite 1050,
Dallas, TX, 75240,

Adam S. Caldwell, ESQ
Attorney for Comcast of Potomac, LLC
T/A Comcast of Montgomery County
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave , N.W., Suite 200
Washington, D C. 20006-3402