# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 10-7163** | **September Term 2010** |
| | **1:09-cv-02196-JDB** |
| | **Filed On:** September 2, 2011 |

Abdoulaye Tall,

    Appellant

  v.

Credit Protection Association and Comcast of Montgomery County,

    Appellees

    **BEFORE:**    Tatel, Griffith, Kavanaugh, Circuit Judges

### O R D E R

    The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**